IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ray Anthony Harrison, #301982, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Dennis Bush, Austin Hanna, Trevor )<br>Bessinger, Schanen Davis, individual )<br>Capacity/personal, )<br>)<br>Defendants. ) | C/A No.: 0:13-1495-TMC-PJG<br><br>**ORDER TO DEPOSE PLAINTIFF**<br>**RAY ANTHONY HARRISON** |

TO:   RAY ANTHONY HARRISON, #301982, *PRO SE* PLAINTIFF:

This matter comes before me upon Motion by the Defendants pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, requesting an Order granting Defendants' Motion to Depose the Plaintiff inmate Ray Anthony Harrison, #301982, in the above-captioned case.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Defendants be granted leave to take the deposition of Plaintiff Ray Anthony Harrison, #301982, on Friday, January 30, 2015, at 10:00 a.m. at the Lee Correctional Institution.

IT IS SO ORDERED.

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

January 16, 2015
Columbia, South Carolina