AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Ray Anthony Harrison,<br>*Plaintiff*<br>v.<br>Mr. Dennis Bush; Mr. Austin Hanna; Mr. Trevor Bessinger; and Mr. Schanen Davis,<br>*Defendants* | )<br>)<br>)  Civil Action No.   0:13-cv-01495-TMC<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Ray Anthony Harrison, shall take nothing of the defendant, Dennis Bush, as to the complaint filed and the action as to this defendant is dismissed without prejudice.

■ other: the plaintiff, Ray Anthony Harrison, shall take nothing of the defendants, Austin Hanna, Trevor Bessinger, and Schanen Davis, as to the complaint filed and the action as to these defendants is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the action against Dennis Bush without prejudice.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the action against defendants Austin Hanna, Trevor Bessinger, and Schanen Davis, with prejudice for failure to prosecute.

Date:   August 4, 2015                                                                                      *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                                          s/G. Mills
                                                                                                                         *Signature of Clerk or Deputy Clerk*